RECEIVED
IN ALEXANDRIA, LA.
APR 1 2 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEAN YVES JEAN JACQUES,<br>  Petitioner | CIVIL ACTION<br>NO. 1:12-cv-02859 |
| VERSUS | |
| DAVID COLE,<br>  Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jacques' case is dismissed without prejudice for failure to prosecute.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of April 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE